AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

WESS DEASE,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:09-CV-00756-LRH-RAM**

HOWARD SKOLNIK, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.

  March 26, 2010                              **LANCE S. WILSON**
                                           Clerk

                                       /s/ D. R. Morgan
                                        Deputy Clerk